# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| LARRY WYATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00901-MTS |
| ) | |
| GENERAL MOTORS, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Larry Wyatt and Defendant General Motors LLC hereby move to dismiss this action against Defendant <u>with prejudice</u>, each party to bear their own costs and attorneys' fees.

Respectfully submitted,

HOLLINGSHEAD & DUDLEY

<u>/s/ EmmaLee A. Wilson</u>
EmmaLee A. Wilson #72195MO
Nicholas Dudley #62860MO
1114 Main Street
Blue Springs, Missouri 64015
Tel: (816) 224-9500
ewilson@hdtriallawyers.com
ndudley@hdtriallawyers.com

*Attorney for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

<u>/s/ Melissa M. Pesce</u>
Sarah J. Kuehnel, MO 61698
Melissa M. Pesce, MO 46814
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Telephone: 314.802.3935
Facsimile: 314.802.3936
sarah.kuehnel@ogletree.com
melissa.pesce@ogletree.com

ATTORNEYS FOR DEFENDANT
GENERAL MOTORS LLC

**SO ORDERED:**

_____
Honorable Judge Michael T. Schelp

DATE ENTERED: _____

47886932.1